445 A.2d 209

Commonwealth v. Balliet, Appellant.

Submitted December 8, 1981. George A. Heitczman, Assistant Public Defender, for appellant; Richard H. Pepper, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence affirmed.